WESTERN NEW YORK WATER COMPANY, Respondent, v. CITY OF BUFFALO and Others, and IROQUOIS NATURAL GAS CORPORATION and Others, Appellants.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.